# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCRIPPS INVESTMENTS & LOANS, INC. et al.<br><br>Appellants,<br><br>vs.<br><br>RONALD ALLISON FAMILY TRUST, Debtor and Debtor in Possession,<br><br>Appellee. | District Court Case Number<br>NO. **1:06-00494-AWI**<br><br>Bankruptcy Court Case Number<br>NO. **05-62657-B-11**<br><br>Bankruptcy Appellate Panel Number<br>NO. N/A<br><br>[NO HEARING REQUIRED] |

## ORDER DISMISSING APPEAL

IN ACCORDANCE WITH THE STIPULATION OF THE PARTIES ON FILE,

IT IS ORDERED:

1. This appeal is dismissed.
2. Each of the parties shall bear its own costs of this appeal.

IT IS SO ORDERED.

**Dated:** April 6, 2007            /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE